UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE N. NASKARIS,<br><br>        Plaintiff,<br><br>-against-<br><br>JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, PAVLOS K. SARAKIS, and SARAKIS & ASSOCIATES LAW FIRM,<br><br>        Defendants. | Case No 1:24-cv-03401 |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against all Defendants. No answer has been served and no motion for summary judgment has been filed.

Dated: June 23, 2025

**OF COUNSEL**

**HACH ROSE SCHIRRIPA
& CHEVERIE, LLP**
Frank R. Schirripa
John W. Baylet
112 Madison Avenue, 10th Floor
New York, New York 10016
Tel: 212-213-8311
fschirripa@hrsclaw.com
jbaylet@hrsclaw.com

*Attorneys for Plaintiff*

Respectfully submitted,

*/s/ Lawrence A. Katz*
Lawrence A. Katz
**LENTO LAW GROUP, P.C.**
1814 RT 70 STE 321
Cherry Hill, NJ 08003
P: (856) 652-2000 EXT 497
F: (856) 375-1010
lakatz@lentolawgroup.com

*Attorneys for Plaintiff*

1